UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IVAX CORPORATION, *et al.*,

               Plaintiffs,

       v.

AZTEC PEROXIDES, LLC
555 Garden Street
Elyria, Ohio 44035, *et al.*,

               Defendants.

Case No. 1:02CV00593 (JR)

**STIPULATION AND ORDER OF
SUBSTITUTION OF COUNSEL**

      IT IS HEREBY STIPULATED, CONSENTED AND AGREED that the firm of
O'Melveny & Myers LLP, 555 13th Street, N.W., Suite 500W, Washington, D.C. 20004, be and
hereby is substituted as counsel of record for defendant Aztec Peroxides, LLC in the above-
captioned action, in place of the firm of Hughes Hubbard & Reed LLP, which previously
appeared as counsel of record for defendant Aztec Peroxides, LLC.

Dated:    June ____, 2002
            Washington, District of Columbia

AZTEC PEROXIDES, LLC

_____
Dr. Ted M. Pettijohn
President, Aztec Peroxides, LLC
Vice President & General Manager
North America, Initiators
Degussa Catalysts and Initiators

O'MELVENY & MYERS LLP

Richard G. Parker
D.C. Bar No. 327544
555 13th Street, N.W.
Suite 500 West
Washington, D.C. 20004-1109
(202) 383-5300

Attorneys for Defendant Aztec Peroxides,
LLC

HUGHES HUBBARD & REED LLP

Robert P. Reznick
D.C. Bar No. 295691
1775 I Street, N.W.
Washington, D.C.  20006-2401

Retiring Attorneys for Defendant Aztec
Peroxides, LLC

SO ORDERED:

_____
        U.S.D.J.

DC1:513183.1

## CERTIFICATE OF SERVICE

I hereby certify that this 4th day of June, 2002, true and correct copies of the foregoing Stipulation and Order of Substitution of Counsel have been served upon the following:

### VIA ELECTRONIC CASE FILING:

Ann C. Yahner
Mary N. Strimel
COHEN MILSTEIN HAUSFELD & TOLL, PLLC
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005

Elizabeth McCallum
HOWREY SIMON ARNOLD & WHITE
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004

Robert P. Reznick
HUGHES HUBBARD & REED
1775 I Street, N.W.
Washington, DC 20006

### VIA FIRST CLASS U.S. MAIL

D. Jarrett Arp
GIBSON DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036

Linda P. Nussbaum
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
825 Third Avenue, 30th Floor
New York, NY 10022

Steven O. Sidener
GOLD BENNETT CERA & SIDENER LLP
595 Market Street, Suite 2300
San Francisco, CA 94105

Marc H. Edelson
HOFFMAN & EDELSON
45 West Court Street
Doylestown, PA 18901

Eugene A. Spector
SPECTOR, ROSEMAN & KODROFF
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Jay B. Shapiro
STEARNS WEAVER MILLER WEISSLER
  ALHADEEF & SITTERSON
Museum Tower, Suite 220
150 West Flagler Street
Miami, FL 33130

Laurence T. Sorkin
Roy L. Regozin
CAHILL GORDON & REINDEL
80 Pine Street
New York, NY 10005

H. Laddie Montague, Jr.
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

Anthony J. Bolognese
BOLOGNESE & ASSOCIATES, L.L.C.
One Penn Center, Suite 650
1617 JFK Boulevard
Philadelphia, PA 19103

Robert N. Kaplan
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, NY 11220

Joseph Milano
SCHWARTZ LEVIN & MILANO, LLP
275 Madison Avenue
New York, NY 10016-1101

Steven A. Kanner
William H. London
MUCH SHELIST FREED DENENBERG
  AMENT & RUBENSTEIN, P.C.
200 N. LaSalle Street, Suite 2100
Chicago, IL 60601-1095
Tel: (312) 346-3100
Fax: (312) 621-1750

_____
Karin F. Richards