UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IVAX CORPORATION, *et al.*,

                    Plaintiffs,

        v.

AZTEC PEROXIDES, LLC
555 Garden Street
Elyria, Ohio 44035, *et al.*,

                    Defendants.

Case No. 1:02CV00593 (JR)

## RESPONSE OF DEGUSSA INITIATORS LLC AND DEGUSSA UK HOLDINGS LIMITED TO PLAINTIFFS' MOTION TO LIFT STAY

Defendants DEGUSSA INITIATORS LLC (formerly known as Aztec Peroxides, LLC)[1] and DEGUSSA UK HOLDINGS LTD (collectively "Defendants") hereby respond to plaintiffs' Motion to Lift the Partial Stay of Discovery and Enter the Proposed Revised Schedule.

With respect to lifting the partial stay that this Court imposed at the request of the Department of Justice ("DOJ"), Defendants defer to the Department of Justice and this Court how best to accommodate the DOJ's needs concerning its ongoing investigations.

With respect to plaintiffs' proposed revised schedule, Defendants adopt the position taken by Atofina and Atofina Chemicals, Inc.

---

[1] Aztec Peroxides, LLC has recently changed its name to "Degussa Initiators LLC."

Respectfully submitted,

Richard G. Parker (DC Bar No. 327544)
William J. Stuckwisch (DC Bar No. 457278)
Karin F. R. Moore (DC Bar No. 480275)
O'MELVENY & MYERS, LLP
1625 Eye St., NW
Washington, DC 20006
(202) 383-5300


Attorneys for
DEGUSSA INITIATORS LLC and
DEGUSSA UK HOLDINGS LTD

Dated: March 29, 2004

## CERTIFICATE OF SERVICE

Karin F. R. Moore, Esquire, hereby certifies that a true and correct copy of the foregoing **Response of Degussa Initiators LLC and Degussa UK Holdings Limited to Plaintiffs' Motion to Lift Stay** was sent by first class mail, postage prepaid on this 29th day of March, 2004, to the counsel on the attached service list.

Karin F.R. Moore

**SERVICE LIST**

**VIA FIRST-CLASS U.S. MAIL:**

Justine Kaiser
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue NW
West Tower, Suite 500
Washington, D.C. 20005
(also served by facsimile and electronic)

Margaret M. Zwisler
Richard A. Ripley
Eric J. McCarthy
Melissa A. Gittings
Howrey Simon Arnold & White L.L.P.
1299 Pennsylvania Avenue NW
Washington, D.C. 20004
(also served by facsimile and electronic)

Steven O. Sidener
Gold Bennett Cera & Sidener L.L.P.
595 Market Street, Suite 2300
San Francisco, California  94105

Anthony J. Bolognese
Bolognese & Associates L.L.C.
One Penn Center, Suite 650
1617 JFK Boulevard
Phildelphia, Pennsylvania  19103

Marc H. Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, Pennsylvania  18901

Robert N. Kaplan
Kaplan, Fox & Kilsheimer L.L.P.
805 Third Avenue, 22nd Floor
New York, New York  11220

Joseph Milano
Schwartz Levin & Milano
275 Madison Avenue
New York, New York  10016-1101

Michael E. Criden
Hanzman Criden Chaykin & Rolnick P.A.
Commercebank Building
2200 Alhambra Circle, Suite 400
Coral Gables, Florida 33134

Jay B. Shapiro
Stearns Weaver Miller Weissler Alhadeef &
Sitterson
Museum Tower, Suite 220
150 West Flagler Street
Miami, Florida  33130

Eugene A. Spector
Spector, Roseman & Kodroff
1818 Market Street, Suite 2500
Philadelphia, Pennsylvania  19103

H. Laddie Montague, Jr.
Ruthanne Gordon
David A. Langer
Berger & Montague P.C.
1622 Locust Street
Philadelphia, Pennsylvania  19103